IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02181-CBS | Date: November 17, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

CHESTER HUGGINS,   *Pro se* (by telephone)

Plaintiff,

v.

JOHN REILLY,   Jacob Massee

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  STATUS CONFERENCE**
**Court in session: 11:07 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Pilot Program.  The Defendant submits to the jurisdiction of a Magistrate Judge and the proper form has been filed.  The Plaintiff verbally consents to the jurisdiction of a Magistrate Judge.  No further paperwork regarding Pilot Program consent will be submitted by the Plaintiff.  Discussion regarding MOTION [12] to Dismiss and MOTION [17] to Stay Discovery.

**ORDERED:** A Motion Hearing is set for December 12, 2014 at 1:30 p.m. for MOTION [12] to Dismiss.  Plaintiff and/or his case manager shall arrange for his participation via telephone and shall call (303) 844-2117 at the scheduled time.

MOTION [17] to Stay Discovery is **GRANTED** and all discovery is STAYED until December 12, 2014.

Discussion regarding Plaintiff's *pro se* status.

Hearing Concluded.
**Court in recess: 11:18 a.m.**
Time in court: 00:11
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.