IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 14-cv-02181-CBS | Date: December 12, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                         *Counsel:*

CHESTER HUGGINS,                    *Pro se* (by telephone)

Plaintiff,

v.

JOHN REILLY,                              Jacob Massee

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session: 02:44 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the Court in regards to Defendant's MOTION [12] to Dismiss Plaintiff's Complaint (doc.1).  Mr. Huggins is suing Mr. Reilly in his individual capacity.  Mr. Huggins has not alleged personal injury.

**ORDERED:**   Defendant's MOTION [12] to Dismiss Plaintiff's Complaint (doc. 1) is **GRANTED in part and DENIED in part** as stated on the record.

The Court explains the discovery process to Mr. Huggins.  Mr. Huggins can only serve discovery requests on Mr. Reilly.

**ORDERED:**   Discovery deadline: **June 30, 2015**
Written discovery shall be served no later than: **May 27, 2015**
Dispositive Motion deadline: **July 31, 2015**
Each side shall be limited to **25** interrogatories and **25** requests for production.

HEARING CONCLUDED.
**Court in recess: 03:23 p.m.**    Total time in court: 00:39
To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.