IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-02181-CBS

CHESTER HUGGINS,

    Plaintiff,

v.

JOHN REILLY,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Regarding Defendant's Motion for Summary Judgment, entered by the Honorable Craig B. Shaffer, on February 18, 2016, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant's Motion for Summary Judgment is GRANTED, and Plaintiff's claims against Defendant are dismissed without prejudice. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, John Reilly, and against Plaintiff, Chester Huggins. It is

FURTHER ORDERED that each party will bear its own costs and fees associated with this action.

DATED at Denver, Colorado this __18th__ day of February, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble,
Deputy Clerk